**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johnathan BERGREN, Defendant–**
**Appellant.**

**No. 14–13319**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 20, 2015.

Susan Hollis Rothstein–Youakim, Natalie Hirt Adams, Arthur Lee Bentley, III, Amanda Lynn Riedel, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Craig L. Crawford, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Johnathan Bergren, Clearwater, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Ron Smith, appointed counsel for Johnathan Bergren in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bergren's conviction and sentence are **AFFIRMED.** However, the judgment of conviction contains a clerical error, identifying Bergren's conviction as a violation of 8 U.S.C. § 1349, instead of 18 U.S.C. § 1349, as charged in Count One of the superseding indictment. Accordingly, the judgment is **VACATED** and **REMANDED** to the district court for the limited purpose of correcting this clerical error. *See United States v. Massey,* 443 F.3d 814, 822 (11th Cir.2006).